**FILED**

10/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0483

# IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court No. DA 21-0483

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

JAMIE CAL FUSON,

      Defendant and Appellant.

## GRANT OF EXTENSION

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until November 29, 2021 to prepare, file and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 29 2021